# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0945.  SHERYL L. SMITH v. DLJ MORTGAGE CAPITAL, INC.**

This case originated as a dispossessory action in magistrate court. Following an adverse ruling in the magistrate court, Smith appealed to the superior court, which issued a writ of possession in favor of DLJ Mortgage Capital, Inc. Smith appealed to this Court from the writ of possession. But her appeal was dismissed because she failed to follow our discretionary appeal procedure. See Case No. A17A1407 (dismissed April 13, 2017).[1] See also OCGA § 5-6-35 (a) (1). Thereafter, DLJ Mortgage Capital filed a motion for supersedeas bond, which the superior court granted on April 14, 2017. Smith filed a timely notice of appeal from the April 14 order in the Supreme Court, which transferred the case to this Court. See Case No. S18A0068 (transferred September 13, 2017). DLJ Mortgage Capital, however, has filed a motion to dismiss this appeal.

Pretermitting whether Smith was required to follow the discretionary appeal procedure pursuant to OCGA § 5-6-35 (a) (1), this appeal must be dismissed because it is moot. Once an underlying appeal has been resolved, all issues regarding the propriety of a supersedeas bond are rendered moot. See *Muhammad v. Power Lending, LLC*, 311 Ga. App. 347, 349-350 (5) (715 SE2d 734) (2011); accord *Smith v. State*, 264 Ga. App. 636 (591 SE2d 500) (2003). Smith's underlying appeal having been resolved, any issues relating to the supersedeas bond are moot. See *Muhammad, supra.*

---

[1] Smith's subsequent petition for writ of certiorari in the Supreme Court was denied. See Case No. S17C1669 (cert. denied August 28, 2017).

For this reason, DLJ Mortgage Capital's motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  01/23/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*